(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

__Omar Morris__

(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION No. _05  915_

__Amazon.com__

(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII
## OF THE CIVIL RIGHTS ACT OF 1964

FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at __36 Appleby Rd__
(Street Address)
__New Castle__      __DE__       __19720__
(City)   (County)   (State)   (Zip Code)
__302.328.7868__
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __1 Centerpoint Blvd.__
(Street Address)
__New Castle__      __DE__       __19720__
(City)   (County)   (State)   (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's __Amazon.com__ place of bussiness
(Defendant's Name)
located at __1 Centerpoint Blvd__
(Street Address)
__New Castle__      __DE__       __19720__
(City)   (County)   (State)   (Zip Code)

5. The alleged discriminatory acts occurred on __09__, __02__, __2005__.
   (Day)   (Month)   (Year)

6. The alleged discriminatory practice ✓ is  ○ is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware,

__4425 N. MARKET ST. WILMINGTON__
(Agency)   (Street Address)   (City)

__DE__    __19802__ _____, regarding
(County)   (State)   (Zip Code)

defendant's alleged discriminatory conduct on __29__, __03__, __2005__.
(Day)   (Month)   (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: __10__, __05__, __2005__.
(Day)   (Month)   (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: __30__, __09__, __2005__.
(Day)   (Month)   (Year)

***(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)***

10. The alleged discriminatory acts, in this suit, concern:
    A. ○ Failure to employ plaintiff.
    B. ✓ Termination of plaintiff's employment.
    C. ○ Failure to promote plaintiff.
    D. ✓ Other acts (please specify below)

__UNLAWFUL EMPLOYMENT PRACTICE, WRONGFUL TERMINATION AND THE RIGHT__

__TO INSPECT THE CORRECT PERSONNEL FILES BY A FAIR AND RELIABLE SOURCE__

__FOR CREDIT, GENETIC INFORMATION, AND BACKGROUND CHECKS.__

11. Defendant's conduct is discriminatory with respect to the following:
   A. ☑ Plaintiff's race
   B. ○ Plaintiff's color
   C. ○ Plaintiff's sex
   D. ○ Plaintiff's religion
   E. ○ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))

   A. ○ That all fees, cost or security attendant to this litigation be hereby waived.
   B. ○ That the Court appoint legal counsel.
   C. ○ That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 12/29/05

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)