IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMAR MORRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-915 KAJ |
| | ) |
| AMAZON.COM | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 9th day of January, 2006, the court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's annual income of $10,400.00 (D.I. 1).

2. The plaintiff shall pay the $250 filing fee within thirty days from the date this order is sent, or the case shall be dismissed.

                                                  _____
                                                  United States District Judge