OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.#  05-915 (KAJ)

CASE CAPTION:  Morris  v.  Amazon.com

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received  FEB. 13, 2006      Signed: _____
by Plaintiff:                                              Pro Se Plaintiff

Date Received  2/15/06            Signed: Evelle Walo_____
by Clerk's office:                                         Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

2/7/06
Date mailed

Evelle Walo
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04