IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OMAR MORRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, )<br>)<br>Defendant. ) | C.A. No. 05-915-KAJ |

### ORDER

At Wilmington this 20th day of June, 2006, plaintiff having failed to serve process within 120 days of the filing of the complaint, pursuant to FRCP 4(m),

IT IS ORDERED that the above captioned action shall be dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE